BERTHA ALBRING, as Administratrix of ELMER S. ALBRING, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Submitted June 3, 1901; decided June 4, 1901.)

Motion for reargument denied, without costs.    (See 166 N. Y. 287 ; 167 N. Y. 529.)